In re: Barnes, Patricia M.D.; Maraist, David M.D.; Louisiana Insurance Guaranty Association; Barnes, Brian M.D.; Har-wood, Andrew M.D.; LAMMICO; St. Paul Insurance Company; Champagne, Kenneth M.D. et al.; — Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Lafayette, 15th Judicial District Court Div. E, No. 96-2684; to the Court of Appeal, Third Circuit, No. CW 00 00869.
Stay order denied. Writ denied. See Babineaux v. Pernie-Bailey Drilling Co., 261 La. 1080, 262 So.2d 328 (1972).
KNOLL, J., not on panel.